UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DR. GLENN W. CHERRY :
: Case No. 8:09-cv-00680-T-33EAJ
:
: Judge Covington
Plaintiff, :
: Magistrate Judge Jenkins
vs. :
:
:
THE FEDERAL COMMUNICATIONS :
COMMISSION :
:
Defendant. :

## NOTICE OF APPEAL

The undersigned hereby appeals to the United States Court of Appeals for the Eleventh Circuit, Judge Covington's October 7, 2009 Order denying Plaintiff's motion for recusal and the final decision and order entered in this action on December 3, 2009.

    _s/Charles W. Cherry_
Charles W. Cherry, II, Esq. (382221)
5200 SW 18th St.
Plantation, FL 33317
Facsimile: (954) 583-9667
Telephone: (813) 267-7342
CCherry2@aol.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties on the attached service list as indicated by electronic mail via the Court's Electronic Document Filing System, U.S. Postal Service or facsimile, January 4, 2010:

Attorney General Of The United States
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001
AskDOJ@usdoj.gov

Kenneth Stegeby
Kenneth.Stegeby@usdoj.gov

United States Attorney
Middle District Of Florida
ATTN: A. Brian Albritton, Esq.
300 N. Hogan St.
Jacksonville, FL 32202
813-274-6358 FAX

The Federal Communications Commission
ATTN: Paula Michele Ellison, Esq.
General Counsel
445 12th St., S.W.
Washington, D.C. 20034
Michele.Ellison@fcc.gov

Timothy M. Cerio
GrayRobinson, P.A.
301 South Bronough Street, Ste. 600
P.O. Box 11189 (32301-3189)
Tallahassee, FL 32301
Tim.Cerio@gray-robinson.com

Mark J. Prak
Charles F. Marshall
Elizabeth E. Spainhour
Brooks, Pierce, McLendon
    Humphry & Leonard, LLP
Wachovia Capital Center, Ste. 1600
150 Fayetteville Street
P.O. Box 1800 (zip 27602)
Raleigh, NC 27601
mprak@brookspierce.com
cmarshall@brookspierce.com
espainhour@brookspierce.com


    *s/Charles W. Cherry*
Charles W. Cherry, II, Esq. (382221)

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.