# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch                                                                                                                   Alycia Marshall
Clerk                                                                                                                          Operations Manager
                                                                                                                                              Matt Kirsch
                                                                       Court Services Supervisor

February 3, 2010

**GLENN W. CHERRY,**

                                 **Plaintiff,**

**-vs-**                                                                              **Case No. 8:09-cv-680-T-33EAJ**

**FEDERAL COMMUNICATIONS COMMISSION,**

                                 **Defendant.**
_____/

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

         **U.S.C.A. Case Number:**      **10-10099-GG**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

         Complete Record on Appeal:

-     1      Volume(s) of Pleadings

                               SHERYL L. LOESCH, CLERK

                               By:     E. Calderon, Deputy Clerk