IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-10099-GG

GLENN W. CHERRY, Dr.,

Plaintiff - Appellant,

versus

FEDERAL COMMUNICATIONS COMMISSION,

Defendant - Appellee.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 0 4 2010

JOHN LEY
CLERK

Appeal from the United States District Court for the
Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Glenn W. Cherry failed to file a brief and record excerpts within the time fixed by the rules, effective May 04, 2010.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Tonya Richardson, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 04, 2010

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 10-10099-GG
Case Style: Glenn W. Cherry v. Federal Communications Comm.
District Court Docket No: 8:09-cv-00680-VMC-EAJ

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 04/27/2010.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya Richardson
Phone #: (404) 335-6176

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal